# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELLY BALLARD

VERSUS

DAVID OPPERMAN

NO.   2020 CW 1147

FEB 1 8 2021

---

In Re:   Kelly Ballard, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23,401.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.~*

---
DEPUTY CLERK OF COURT
FOR THE COURT